




**U.S. MARSHALS**

United State District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia
22314-5798

Retail 

U.S. POSTAGE PAID
FCM LG ENV
BREWTON, AL 36426
MAR 06, 2024

 22314 $5.39

RDC 99   R2304M111779-07

7022 1670 0003 4528 31..

BREWTON, AL 36426