Amanda Johnson
208 Pecan Dr.
Brewton, AL 36426

MONTGOMERY AL 360
16 AUG 2024 PM 2 L

CV6

United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314-5798

22314-579899