**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Amanda Johnson | 1:24-cv-00396-CMH-WEF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Navy Federal Credit Union | Summons, Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Navy Federal Credit Union
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
820 Follln Lane S E  Vienna, Virginia 22180-4907

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Amanda Johnson
208 Pecan Drive
Brewton, AL 36426

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 703-299-2100
DATE: 8/27/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: C 83
District to Serve No.: C 83
Signature of Authorized USMS Deputy or Clerk: Jewel Hodges
Date: 8-28-2024

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Richard Glueckert
Date: 9/4/24
Time: 12:35 pm
Signature of U.S. Marshal or Deputy: Sean P. McCaffrey, SDUSM

Costs shown on attached USMS Cost Sheet >>

REMARKS:
Per memo from Alex Daman, Chief Security Officer, Richard Glueckert is authorized to accept legal service for the Navy Federal Credit Union.

2024 AUG 28 07:08
UNITED STATES MARSHAL

Form USM-285
Rev. 03/21

13 March 2024

Office of the Sheriff
County of Fairfax
4110 Chain Bridge Road
Fairfax, VA 22032

RE: Substitute Service on Navy Federal Credit Union and/or the Officers of the Credit Union

Dear Sheriff:

In accordance with the Code of Virginia 1950, as amended, I authorize the following Navy Federal Credit Union employees to accept legal service on my behalf of any documents being served on the credit union or me as an officer of the credit union in Virginia.

| | | |
|---|---|---|
| Andrew Seamans | Kinjal Macwan | Rico Carter |
| Charissa Pound | Lawrence Threat Jr. | Ronald Hilton |
| Christopher Hager | Lucas Portzel | Sadaris Smalls |
| Dana Arrowood | Michael Gelzer | Said Mirri |
| Daniel Creek | Mustafa Khalil | Samantha Chavez |
| Hannah Anderson | Nathan Ober | Tenzin Kunkyab |
| Hunter Daugherty | Phillip Quesada | Twanna Johnson |
| James Thomas | Ray Patterson | William Rodriguez |
| Jeremie Washington | Richard Canton | Zachary Centrella |
| Kalyn Stoots | Richard Glueckert | |

Sincerely,

Alex Daman
Chief Security Officer

Commonwealth of Virginia County of Fairfax
Dated this 13th day of March 2024 Alex Daman appeared before _____
                                                                                                Notary Public

MARK H SECHLER
NOTARY PUBLIC
REGISTRATION # 7643557
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 03/31/2024

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Amanda Johnson <br><br> *Plaintiff(s)* <br> v. <br><br> Navy Federal Credit Union <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-00396-CMH-WEF |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Navy Federal Credit Union
820 Follln Lane S E
Vienna, Virginia 22180-4907

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amanda Johnson
208 Pecan Drive
Brewton, AL 36426

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __8/27/2024__

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

2024 AUG 28 07:09
UNITED STATES MARSHAL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00396-CMH-WEF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Navy Federal Credit Union
was received by me on *(date)* 8/28/24.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Richard Glueckert , who is
designated by law to accept service of process on behalf of *(name of organization)* Navy Federal
Credit Union on *(date)* 9/4/24 @ 12:35 AM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9/5/24

_Sean P. McCaffrey_
Server's signature

Sean P. McCaffrey, SDUSM
Printed name and title

USMS/EDVA 401 Courthouse Sq
Alexandria, VA 22314
Server's address

Additional information regarding attempted service, etc: