CV6

US MARSHALS SERVICE

From:
Amanda Johnson
208 Pecan Dr.
Brewton, A 36426

To: Clerk, U.S. District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314-5798