**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| **AMANDA JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:24-cv-00396-CMH-WEF |
| | ) |
| **NAVY FEDERAL CREDIT UNION,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of IslerDare, P.C., hereby enters his appearance in the above-titled action on behalf of Defendant Navy Federal Credit Union. I certify that I am admitted to practice in this Court.

Dated: September 25, 2025                                Respectfully submitted,

                                                         /s/ Micah E. Ticatch
                                                        Micah E. Ticatch, Va. Bar No. 83351
                                                        ISLERDARE, P.C.
                                                        1945 Old Gallows Road. Suite 650
                                                        Vienna, Virginia 22182
                                                        Phone: (703) 748-2690
                                                        Facsimile: (703) 748-2695
                                                        mticatch@islerdare.com

                                                        *Counsel for Defendant Navy Federal Credit Union*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 25th day of September 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and will serve an additional copy of the foregoing by first class mail upon the following:

        Amanda Johnson
        208 Pecan Drive
        Brewton, AL 36126
        Escambia59@gmail.com
        *Pro se Plaintiff*

            /s/ Micah E. Ticatch
        Micah E. Ticatch, Va. Bar No. 83351
        ISLER DARE, P.C.
        1945 Old Gallows Road, Suite 650
        Vienna, Virginia 22182
        (703) 748-2690
        (703) 748-2695 (fax)
        mticatch@islerdare.com

        *Counsel for Defendant*