IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMANDA JOHNSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-00396-CMH-WEF |
| ) | |
| NAVY FEDERAL CREDIT UNION ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DISCLOSURE NAVY FEDERAL CREDIT UNION'S CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Defendant Navy Federal Credit Union ("Navy Federal"), by a through undersigned counsel and in accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.1, states:

Navy Federal is a federally chartered credit union serving the financial needs of its members, primarily employees and veterans of the Navy, Army, Marine Corps, Air Force, Coast Guard, Department of Defense personnel, and their family members.

Navy Federal has no other corporation, unincorporated association, partnership, or other business entity with any financial interest in the outcome of the litigation in the above-referenced case. Navy Federal has no parents, trusts, subsidiaries and/or affiliates that have issued shares or debt securities to the public.

Dated: September 25, 2024

Respectfully submitted,

/s/ Micah E. Ticatch
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)

eisler@islerdare.com
mticatch@islerdare.com

*Counsel for Navy Federal Credit Union*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 25th day of September 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and will serve an additional copy of the foregoing by first class mail upon the following:

    Amanda Johnson
    208 Pecan Drive
    Brewton, AL 36126
    Escambia59@gmail.com
    *Pro se Plaintiff*


      /s/ Micah E. Ticatch
      Micah E. Ticatch, Va. Bar No. 83351
      ISLER DARE, P.C.
      1945 Old Gallows Road, Suite 650
      Vienna, Virginia 22182
      (703) 748-2690
      (703) 748-2695 (fax)
      mticatch@islerdare.com
      *Counsel for Navy Federal Credit Union*