IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| AMANDA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24-cv-00396-CMH-WEF |
| | ) |
| NAVY FEDERAL CREDIT UNION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Navy Federal Credit Union ("Navy Federal") hereby moves for an Order dismissing Plaintiff's Complaint for the reasons stated in the concurrently filed Memorandum in Support.

Dated: September 25, 2024              Respectfully submitted,

                                        /s/ Micah E. Ticatch
                                       Edward Lee Isler, Va. Bar No. 27985
                                       Micah E. Ticatch, Va. Bar No. 83351
                                       ISLER DARE, P.C.
                                       1945 Old Gallows Road. Suite 650
                                       Vienna, Virginia 22182
                                       Phone: (703) 748-2690
                                       Facsimile: (703) 748-2695
                                       eisler@islerdare.com
                                       mticatch@islerdare.com

                                       *Counsel for Defendant Navy Federal Credit Union*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of September 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and will serve an additional copy of the foregoing by first class mail upon the following:

      Amanda Johnson
      208 Pecan Drive
      Brewton, AL 36126
      Escambia59@gmail.com
      *Pro se Plaintiff*

        /s/ Micah E. Ticatch
      Micah E. Ticatch, Va. Bar No. 83351
      ISLER DARE, P.C.
      1945 Old Gallows Road, Suite 650
      Vienna, Virginia 22182
      (703) 748-2690
      (703) 748-2695 (fax)
      mticatch@islerdare.com

      *Counsel for Defendant*