**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| AMANDA JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:24-cv-00396-CMH-WEF |
| NAVY FEDERAL CREDIT UNION, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's Motion to Dismiss ("Motion"), the memoranda submitted in support of and in opposition thereto, and argument, it is hereby:

ORDERED that the Motion be and is GRANTED; and it is further

ORDERED that the Complaint in this matter is dismissed with prejudice.

Dated: _____, 2024

Alexandria, Virginia

_____
Judge, United States District Court for the
Eastern District of Virginia

1