**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| **AMANDA JOHNSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:24-cv-00396-CMH-WEF |
| ) | |
| **NAVY FEDERAL CREDIT UNION,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### NOTICE OF HEARING

Please take notice that on <u>Friday, October 25, 2024</u>, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendant Navy Federal Credit Union ("Navy Federal"), through undersigned counsel, will appear before this Honorable Court, in the United States District Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314, and request the Court to rule on Defendant's Motion to Dismiss.

Dated: September 25, 2024

Respectfully submitted,

/s/ Micah E. Ticatch
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
eisler@islerdare.com
mticatch@islerdare.com

*Counsel for Defendant Navy Federal Credit Union*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of September 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and will serve an additional copy of the foregoing by first class mail upon the following:

>Amanda Johnson
>208 Pecan Drive
>Brewton, AL 36126
>Escambia59@gmail.com
>*Pro se Plaintiff*

>       /s/ Micah E. Ticatch
>Micah E. Ticatch, Va. Bar No. 83351
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>mticatch@islerdare.com
>
>*Counsel for Defendant*