Amanda Johnson
208 Pecan Dr
Brewton, Al 36456

MONTGOMERY AL  360

30 SEP 2024  PM 2  L

U.S. MARSHAL INSPECTED

CV6

In The United States District Court

For The Eastern District of Virginia

401 Court House

Alexandria Square

Virginia

RECEIVED MAILROOM

OCT - 3 2024

CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA