


United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

Case Number: 1:24-cv-00396

Name: Amanda Johnson Johnson

Address: 208 Pecan Drive
Brewton, Alabama
36426

Telephone Number: 251-321-8368

Email Address: escampin59@gmail.com

The undersigned:
- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: Amanda Johnson    Date: 9-30-24

---

Court Use Only:

The request is GRANTED __X__    or DENIED _____

_William E. Fitzpatrick_    _10/4/2024_
(Judge's Signature)    (Date)