IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-00396 |
| | ) |
| NAVY FEDERAL CREDIT UNION, | ) |
| | ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on Plaintiff's Motion to Appoint Counsel. It appearing to the Court that Plaintiff has shown no authority for counsel to be appointed, it is hereby

ORDERED that the Plaintiff's Motion to Appoint Counsel is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 10, 2024

1