IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| AMANDA JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:24-cv-00396-CMH-WEF |
| NAVY FEDERAL CREDIT UNION, | ) |
| Defendant. | ) |

FILED
2024 OCT 25 P 12: 13

## PLAINTIFF'S MOTION FOR SUBPOENAS

I, Amanda Johnson, plaintiff in this case, request that subpoenas be issued for records from Navy Federal Credit Union.

Dated: OCTOBER 25, 2024

Respectfully,

*[signature]*
AMANDA JOHNSON, pro se