FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA 2: 13
ALEXANDRIA DIVISION

Amanda Johnson                              )   Civil Action No. 1:24cv396
(Plaintiff)                                 )
        v.                                  )
                                            )   NOTICE OF WAIVER
Navy Federal Credit Union                   )   OF ORAL ARGUMENT
(Defendant)                                 )

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, _____
_____Amanda Johnson_____, who is the ___Plaintiff___, hereby waives oral argument and submits the case on the record and the briefs.

_____
(Party or Attorney Signature)

_____
(Name Printed)

_____
(Address)

_____
(Address)

_____
(Address)

_____
(Telephone Number)