IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

FILED

2024 OCT 25  A 11: 28

CASE NUMBER 1:24 -cv- 00396-CHM-WEF

On behalf of Amanda Johnson,

This is to correct the information that was submitted by Navy Federals attorney. My mother has always made payments on time and was never late. She expresses that philosophy to us ever since we were children. As a result, Navy Federal is attempting to punish her for on-time payments. In addition, my mother has severe anxiety, headaches and her blood pressure has been out of control. Moreover, I vehemently disagree with Navy Federal's attorney that this case should be dismissed. This situation has exacerbated her health conditions in negative ways. It is only fair and right to see this case through in order to respectfully give my mother a just ruling.

[signature: Satleann Johnson]
[signature: Jodie C. Bambeth]
10/28/26 exp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINA
Alexandria Division
Case no. 1:24-cv 396-CMH-WEF

I, Darron Johnson, October 7, 2024, attest to having numerous conversations with my mother, Amanda Johnson, concerning the misappropriated four-hundred- and twelve-dollars from her Navy Federal Bank account.

My mother has constantly spoken on how unfairly and disrespected she's been treated by Navy Federal Bank. Each and every time she talks to me about her interaction with Navy Federal. She begins to fret severely. Whenever she goes into recalling all the events that happened with Navy Federal. It propels my mother into a state of extreme fright, and anxiety, coupled with countless sleepless nights as she has told. Her entire dealings with Navy Federal including these court proceedings has applied tremendous pressure on my mother's finance, physical health, and mental health.

My mother was born at the end of the Jim Crow Era. And is someone who survived through the Ku Klux Klan reign, and the Civil Rights Movement of the 1960's. Injustice and unethical business practice was common towards black American citizens of the past. My mother knows the truth and the law. And can spot unethical practice and bigotry with precision. Similar to how when a shark smell's blood at a great distance inside of the ocean waters to capture its prey.

My father and my mother instilled in me and my brother's saying, "do not break the rules or the law. Be professional and be wise when doing business and in dealing with all person's". That's how she has lived. Ethical. That's how me, my sibling's, and our children live. Ethical. All my mother want is what's rightfully hers and be compensated.

My mother lives on a fixed income. Cannot work. A woman. Husbandless. Law abiding mother of four. Seventy-nine-year-old elderly black woman. That's solely dependent on herself.
My mother does not have access to any forms of additional financial or physical assistance.

*Damon Johnson* 10-11-24

**Certificate Attached for California Notary Wording**

**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of ___LOS ANGELES___ }

On __10/11/2024__ before me, __ELIZABETH LEMUS, NOTARY PUBLIC__,
      Date                                             Here Insert Name and Title of the Officer

personally appeared __DARRON JOHNSON__
                                               Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Notary Seal: ELIZABETH LEMUS, Notary Public - California, Los Angeles County, Commission # 2419537, My Comm. Expires Nov 2, 2026]

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                              Signature of Notary Public

Place Notary Seal and/or Stamp Above

―――――――― **OPTIONAL** ――――――――

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**  
Title or Type of Document: __PERSONAL TYPED LETTER__  
Document Date: __10/11/2024__     Number of Pages: __01__  
Signer(s) Other Than Named Above: __NONE__

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____  
☐ Corporate Officer – Title(s): _____  
☐ Partner – ☐ Limited ☐ General  
☐ Individual      ☐ Attorney in Fact  
☐ Trustee         ☐ Guardian or Conservator  
☐ Other: _____  
Signer is Representing: _____

Signer's Name: _____  
☐ Corporate Officer – Title(s): _____  
☐ Partner – ☐ Limited ☐ General  
☐ Individual      ☐ Attorney in Fact  
☐ Trustee         ☐ Guardian or Conservator  
☐ Other: _____  
Signer is Representing: _____

©2019 National Notary Association

# CALIFORNIA ACKNOWLEDGMENT

CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __LOS ANGELES__

On __10/11/2024__ before me, __ELIZABETH LEMUS, NOTARY PUBLIC__,
      Date                                     Here Insert Name and Title of the Officer

personally appeared __DARRON JOHNSON__
                                  Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                        Signature of Notary Public

*ELIZABETH LEMUS*
*Notary Public - California*
*Los Angeles County*
*Commission # 2419537*
*My Comm. Expires Nov 2, 2026*

Place Notary Seal and/or Stamp Above

--- OPTIONAL ---

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __PERSONAL TYPED LETTER__
Document Date: __10/11/2024__ Number of Pages: __01__
Signer(s) Other Than Named Above: __NONE__

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Case No. 1:24-cv-00396-CMH-WEF

PLAINTIFF V. NAVY FEDERAL CREDIT UNION

DEFENDANT:
Navy Federal

PLAINTIFF:
Amanda Johnson

## AFFIDAVIT

My name is Ivy Blackmon and I'm the great niece of the plaintiff, Amanda Johnson. The purpose of this document is to emphasize the harm that the actions of the defendant has caused to my aunt's health, her overall wellbeing, and her finances. My aunt is an elderly woman who suffers with chronic health conditions and lives alone without any assistance. Among her health conditions is Generalized Anxiety Disorder, a condition that makes her exceptionally sensitive to any undue stressors. As a result of this disorder, it's highly recommended that she maintains a routine and manages her stress levels daily. Prior to this incident, my aunt was doing well and going about her daily activities, despite her existing health conditions, fairly well. The actions of the defendant have frazzled her mind and shaken her sense of stability to a severe degree. Her fixation on this matter has risen to a compulsive level so much so that it interferes with her daily activities. In conjunction with her present health conditions, my aunt was diagnosed with congestive heart failure in 2023 and now has to take medication in order for life to be somewhat sustainable. Her diagnosis was brought, in large part, due to the stress of this case and I worry that it can potentially worsen. To further illustrate just how much her health has been affected, my aunt now has difficulty walking and is showing signs of cognitive decline. In addition, as an elderly woman who is on a fixed income,

this case has been especially burdensome to her financially. Whether that be medical expenses from her diagnosis, the travel expenses to get back and forth to the doctor, and the expenses of this lawsuit, my aunt has been inconvenienced and victimized by the actions of the defendant. My aunt deserves to be made whole by the defendant so that she can take the steps necessary to rebuild the damage that was caused and move forward. Therefore, I vehemently disagree with the defendant's motion to dismiss this matter.

Sincerely,

Ivy Blackmon

*[signature: Ivy Blackmon]*

Date: 10-21-2024

Notary *[signature: Gwendolyn D. Golden]*

Date: 10-21-2024

*[Notary seal: Gwendolyn D. Golden, State of Tennessee Notary Public, Shelby County, My Commission Expires 9-16-2028]*

My Commission Expires:
September 16, 2028

Ava Blackmon
1578 W Dianne Cir,
Memphis, TN 38114
October 13, 2024

Dear US District Court,

    This affidavit is to act as a letter of support for the Plaintiff Amanda Johnson against the Defendant Navy Federal Credit Union (NFCU) in case 124-CV-00396-CHM-WEF. This matter has been brought before the court today due to the actions of the defendant against the plaintiff. There have been many efforts to rectify this issue. However, these efforts were rendered futile making legal action inevitable and necessary. Such efforts include the plaintiff attempting to fulfill her obligations by making payments, however, each time she would contact NFCU she was met with mannerless behavior. The defendant claims to have informed Amanda Johnson that in the event of a system failure that she would still be responsible for the payments. I am writing to support the claim made by Amanda Johnson that that is simply not true.

    I am the great niece of the plaintiff and it is my objective belief that she has been treated unfairly in this matter with the defendant. The events leading up to the case, as well as the case itself, has caused my aunt significant damage to her mental, physical, and financial health. Upon reviewing her medical condition at her most recent check up, her doctor found her various illnesses to have worsened. Her most recent symptom being shortness of breath, which is a new development, due to her stress and chronic anxiety over this case. Furthermore, my aunt is on a fixed income. Having to deal with the aftermath of the initial offense, the civil lawsuit, and medical expenses has caused considerable financial damage.

    Due to the maltreatment endured by the plaintiff, it is now the responsibility of the defendant to make her whole again. To accomplish this, I am proposing that NFCU be required to pay restitution in the form of fulfilling the request made by the plaintiff's doctor due to this case exacerbating her already fragile medical condition.

    As you hear statements from both NFCU and Amanda Johnson, I am confident that the court will be objective in reaching a conclusion as to the best

step forward. There is only one right decision to make and I am of the belief that is in favor of Amanda Johnson.

With that being said, I am against the counsel's motion to dismiss the case.

Signature: *Ava Blackmon* Date 10/21/2024

Print Name: Ava Blackmon

Notary Signature: *Gwendolyn D. Golden*
10/21/2024

My Commission Expires:
September 16, 2028

[Notary Seal: GWENDOLYN D. GOLDEN, STATE OF TENNESSEE NOTARY PUBLIC, SHELBY COUNTY, MY COMMISSION EXPIRES 9-16-2028]