# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| AMANDA JOHNSON, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 1:24cv396 (CMH/WEF) |
| ) | |
| NAVY FEDERAL CREDIT UNION ) | |
| ) | |
| *Defendant*. ) | |
| _____ ) | |

## ORDER

This matter is before the Court on Plaintiff Amanda Johnson's Motion for Subpoenas (Dkt. 17).

Taking notice that no scheduling order has been entered initiating the discovery process, it is hereby

**ORDERED** that Plaintiff's Motion (Dkt. 17) is **DENIED** without prejudice to seek subpoenas once discovery begins.

**ENTERED** this 25th day of October, 2024.

_____
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia