# CIVIL MOTION MINUTES

Date: 10/25/24                                    Judge: Hilton
                                                  Reporter: J. Egal

Time: 10:53 am – 10:54 am
      11:04 am – 11:16 am

Civil Action Number: 1:24cv396

Amanda Johnson         vs.   Navy Federal Credit Untion

Appearances of Counsel for        (X) Pltf – Pro se     (X) Deft

Motion to/for:
#11 Deft Motion to Dismiss for Failure to State a Claim with Roseboro

Argued &
( ) Granted    ( ) Denied  ( ) Granted in part/Denied in part
( ) Held in Abeyance ( ) Taken Under Advisement   ( ) Continued to ( ) Overruled

Deft motion argued and DENIED

Pltf advised the Court of attempt to file Amended Complaint

Court accepts document as filed.

( ) Memorandum Opinion to Follow

(X) Order to follow