October 28th, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



AMANDA JOHNSON

    Plaintiff

                           Case No.  1:24 -cv-396- CMH-WEF

V.

NAVY FEDERAL CREDIT UNION

    Defendant

<u>**EFFECTIVE AS OF October 27, 2024**</u>

<u>**NOTICE OF CANCERLATION OF ORAL ARGUMENT – REQUEST DATE OF ALL ORAL ARGUMENT**</u>

The plaintiff will attend all oral arguments during this ligation, however, just provide timely notification of dates, and time please.

Sincerely,

*Amanda Johnson*

Amanda Johnson

I hereby certify that on this 28 day of October 27, 2024, I mailed a copy to the following.

Micah E. Ticatch
Isler Dare, P. C.
1945 Old Gallow Road, Suite 650
Vienna, Virginia 22182