Q. Johnson
208. Pecan Dr.
Brewton, AL 36426

Clerk, US District Court
401 Courthouse Square
Alexandria, Virginia
22314-5798

RECEIVED MAILROOM
NOV - 4 2024

CV6