Case 1:24-cv-00396-CMH-WEF   Document 24   Filed 11/04/24   Page 1 of 2 PageID# 109

October 28th, 2024,



FILED
NOV - 4 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

CLERK, U.S. DISTRICT
EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5798

AMANDA JOHNSON

Plaintiff

CASE NUMBER 1:24-cv-00396-CHM-WEF

NAVY FEDERAL CREDIT UNION

Defendant

## LIABILLITY OF FINANCIAL INSTITUTION  15 USCA – 1693h

According to 15 U.S.C.A. 169 3h and 1693h. Liability of financial institution

(a) Action or failure of Navy Federal Credit Union to act proximately causing damages.

Subjected to subsection (1) a financial institution shall be liable to a consumer for all damages proximately caused by (1)

(1) the Navy Federal financial institution's failure to make an electronic fund transfer, in accordance with the terms and conditions of an account, in in the correct amount or in a timely manner when properly instructed to do so by the consumer.

Adjudge and consider or declared to be true federal statute 15 U. S. C. 169 3h and 169h this act committed by Navy Federal can't be dismissed.

Sincerely,

*Amanda Johnson* (signature)

AMANDA JOHNSON
208 Pecan Dr.
Brewton, Alabama 36402

I certify that on the 28 day of October 27, 2024, I mail a copy to Mich E. Ticath and Isler Dare, P.C. 1945 Old Gallows Road Suite 650 Vienna, Virginia 22182