Q. Johnson
208. Pecan Dr.
Brewton, AL 36426

Clerk, US District Court
401 Courthouse Square
Alexandria, Verginia
22314-5798