**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| AMANDA JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:24-cv-00396-CMH-WEF |
| NAVY FEDERAL CREDIT UNION, | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT'S SECOND MOTION TO DISMISS

For the reasons stated in the concurrently filed Memorandum in Support, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Navy Federal Credit Union ("Navy Federal") hereby moves for an Order dismissing Plaintiff's Amended Complaint (Dkt. 19) and striking or dismissing the document labelled "LIABILLITY OF FINANICAL INSTITUTION 15 USCA – 1693h" (Dkt. 24).

Dated: November 12, 2024

Respectfully submitted,

 /s/ Micah E. Ticatch
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
eisler@islerdare.com
mticatch@islerdare.com
*Counsel for Defendant*
*Navy Federal Credit Union*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will serve electronic notice upon the following:

>Amanda Johnson
>208 Pecan Drive
>Brewton, AL 36126
>Escambia59@gmail.com
>*Pro se Plaintiff*

>      /s/ Micah E. Ticatch
>Micah E. Ticatch, Va. Bar No. 83351
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>mticatch@islerdare.com
>
>*Counsel for Defendant*