IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| AMANDA JOHNSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 1:24-cv-00396-CMH-WEF |
| | ) |
| NAVY FEDERAL CREDIT UNION, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## ORDER

Upon consideration of Defendant's Second Motion to Dismiss ("Motion"), the memoranda submitted in support of and in opposition thereto, and argument, it is hereby:

ORDERED that the Motion be and is GRANTED; and it is further

ORDERED that the Amended Complaint in this matter is dismissed with prejudice; and the document labelled "LIABILLITY OF FINANICAL INSTITUTION 15 USCA – 1693h" (Dkt. 24) is stricken.

Dated: _____, 2024

Alexandria, Virginia

                                                                                       Judge, United States District Court for the
                                                                                       Eastern District of Virginia