November 21ˢᵗ, 2024,



CLERK, U.S. DISTRICT
EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5798

AMANDA JOHNSON

    Plaintiff

                                              CASE NUMBER 1:24 -cv-00396-CMF-WEF

NAVY FEDERAL CREDIT UNION

    Defendant

## MOTION REGARDING ELECTRONIC FILING

"THE Honorable"

The Judicial Conference permits attorneys of record and a self-representative to receive one free copy. However, this self-representative is unable and powerless to read attorneys file motions.

Therefore, plaintiff respectfully request of the court to instruct the attorneys of record to mail all corresponding to the self-representative home address only.

Sincerely,

*Amanda Johnson*

AMANDA JOHNSON

208 Pecan Dr.

Brewton, Alabama 36402

I certify that on the 21 day of November 2024, I mail a copy to Mich E. Ticath and Isler Dare, P.C. 1945 Old Gallows Road Suite 650 Vienna, Virginia 22182