Case 1:24-cv-00396-CMH-WEF   Document 28-1   Filed 11/27/24   Page 1 of 1 PageID# 130

A. Johnson
208 Pecan Dr.
Brewton, AL 36426

MONTGOMERY AL 360
22 NOV 2024 PM 3 L

U.S. MARSHALS INSPECTED

Clerk, U.S. District
401 Courthouse Square
Alexandria, Virginia
22314.5798

NOV 27 2024

22314-579899