**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| AMANDA JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:24-cv-00396-CMH-WEF |
| NAVY FEDERAL CREDIT UNION, | ) ) ) |
| Defendant. | ) ) |

**RESPONSE TO PLAINTIFF'S MOTION REGARDING ELECTRONIC FILING**

Defendant Navy Federal Credit Union ("Navy Federal") hereby responds to Plaintiff's Motion Regarding Electronic Filing (Dkt. 28), which was filed on November 27, 2024:

1.  On September 30, 2024, Plaintiff filed a "E-Noticing Registration Request for Pro Se Litigants." (Dkt 14.)

2.  Among other things, as part of that motion, Plaintiff represented she "[c]onsents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system" and "[w]aives service and notice by first class mail of all electronically filed documents." (*Id.*) Plaintiff represented that her email address was escambia59@gmail.com and that she was registered with PACER. (*Id.*)

3.  On October 4, 2024, the Court granted Plaintiff's E-Noticing request. (Dkt. 15.)

4.  Consistent with her request, following entry of that Order, both the Court and Counsel for Defendant relied on the Court's electronic filing system to provide service to Plaintiff, and stopped providing copies of pleadings to her by first-class mail.

5.  On November 12, 2024, Defendant filed its Second Motion to Dismiss and related papers through the Court's electronic filing system. (Dkts. 25-27.) The Court provided notice to

Plaintiff at escambia59@gmail.com. For example, following the filing of the Second Motion to Dismiss, the Court provided the following Notice of Electronic Filing:

> **U.S. District Court**
>
> **Eastern District of Virginia -**
>
> **Notice of Electronic Filing**
>
> The following transaction was entered by Ticatch, Micah on 11/12/2024 at 3:26 PM EST and filed on 11/12/2024
> Case Name:       Johnson v. Navy Federal Credit Union
> Case Number:    1:24-cv-00396-CMH-WEF
> Filer:                   Navy Federal Credit Union
> Document Number: 25
>
> Docket Text:
> **Second MOTION to Dismiss for Failure to State a Claim with Roseboro,. by Navy Federal Credit Union. (Attachments: # (1) Proposed Order, # (2) Roseboro Notice)(Ticatch, Micah)**
>
> 1:24-cv-00396-CMH-WEF Notice has been electronically mailed to:
>
> Amanda Johnson    escambia59@gmail.com
>
> Edward Lee Isler    eisler@islerdare.com, pquiroz@islerdare.com, ssharma@islerdare.com
>
> Micah Ephram Ticatch    mticatch@islerdare.com, mticatch@recap.email

6.     Consistent with the consent and representations made in her E-Noticing Request, these documents were properly served on Plaintiff as of November 12, 2024. *See* FRCP 5(b)(2)(E).

7.     Nonetheless, in light of Plaintiff's claim that she is having trouble accessing the filings, Defendant will be providing an additional copy of the Second Motion to Dismiss and related papers by first-class mail, along with a copy of this filing.

Dated: December 3, 2024                                        Respectfully submitted,

                                          /s/ Micah E. Ticatch
                                          Edward Lee Isler, Va. Bar No. 27985
                                          Micah E. Ticatch, Va. Bar No. 83351
                                          ISLER DARE, P.C.
                                          1945 Old Gallows Road. Suite 650
                                          Vienna, Virginia 22182
                                          Phone: (703) 748-2690

        Facsimile: (703) 748-2695
eisler@islerdare.com
mticatch@islerdare.com
*Counsel for Defendant*
*Navy Federal Credit Union*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of December 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will serve electronic notice upon Plaintiff. I hereby certify I will provide an additional copy of the foregoing along with copies of filed pleadings with Docket Nos. 25, 26, and 27, by first class mail to the following:

>Amanda Johnson
>208 Pecan Drive
>Brewton, AL 36126
>Escambia59@gmail.com
>*Pro se Plaintiff*

>/s/ Micah E. Ticatch
>Micah E. Ticatch, Va. Bar No. 83351
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>mticatch@islerdare.com
>
>*Counsel for Defendant*