November 27th, 2024 (29th)



CLERK, U.S. DISTRICT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA, VIRGINIA 22314-5798

AMANDA JOHNSON

    Plaintiff                                CASE NUMBER 1:24 – cv -00396CHM-WEF

NAVY FEDERAL CREDIT UNION

    Defendant

"THE HONORABLE CLAUD M. HILTON"

The plaintiff iPad has dysfunction that has negative consequences for receiving motions from the defendant. In addition, the very last motions that the defendant filed with the Court plaintiff did not receive the motions not until 11-26-2024, yesterday. After the court clerk was gracious enough to mail them to the plaintiff.

Therefore, plaintiff respectfully motion the Court to move the hearing date to January 15 or 16 2025.

_Amanda Johnson_
Submitted,

AMANDA JOHNSON
208 PECAN DR
BREWTON, ALABAMA 36426
251 321 8368