C. Louise
208 Pecan Dr
Brewton, Ala 36426

MONTGOMERY AL 361
30 NOV 2024 PM 4  L

DEC 4 2024

Clerk, U.S. District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia

22314-579899

U.S. MARSHALS SERVICE