UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| AMANDA JOHNSON, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No. 1:24cv396 (CMH/WEF) |
| NAVY FEDERAL CREDIT UNION, | ) ) ) | |
| *Defendant*. | ) ) ) | |

**ORDER**

This matter is before the Court on Plaintiff Amanda Johnson's Motion Regarding Electronic Filing (Dkt. 28).

Upon consideration of the Motion and the parties' briefs (Dkts. 28, 29), it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED**. Defendant is directed to mail a copy of its future case filings to Plaintiff at her home address.

**ENTERED** this 5th day of December, 2024.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia