December 3rd, 2024,

**Clerk's Office**

**U.S. DISTRICT COURT**

**EASTERN DISTRICT OF VIRGINIA**

**401 COURTHOUSE SQUARE**

**ALEXANDRIA, DIVISION 22314-5798**

*[FILED MAILROOM DEC 10 2024 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA]*

AMANDA JOHNSON

    Plaintiff                 CASE No. 1:24-cv-396-396-CMH-WEF

V,

NAVY FEDERAL CREDIT UNION

    Defendant,

**"THE HONORABLE CLAUD M. HILTON"**

The reason for the plaintiff's motion is to have extra time to respond please.

Sincerely,

*[signature: Amanda Johnson]*

Amanda Johnson
208 Pecan Dr.
Brewton, Alabama
251 321 8346