Oxanda Johnson
208 Pecan Dr
Brewton, Al 36426

CV 6

MONTGOMERY AL 360
4 DEC 2024 PM 2 L

U.S. MARSHALS
INSPECTED

Clerk's Office
U.S. District Court
401 Courthouse Square
Alexandria Division 22314-5798

DEC 10 2024

22314-579899