IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JOHNSON, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:24-cv-00396 |
| NAVY FEDERAL CREDIT UNION, | ) ) ) |
|     Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on Plaintiff's Motion to Continue and Motion for Extension of Time to File Response, it is hereby

ORDERED that the Plaintiff's Motion to Continue and Motion for Extension of Time to File Response are GRANTED. The hearing is now set for January 17, 2025, at 10a.m., and it is further ORDERED that Plaintiff's Response is due on January 6, 2025.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December 16, 2024

1