December 16ʰ, 2024,



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICTOFVIRGINIA
401 COURTHOUSE SQU ARE
ALEXANDRIA, VIRGINIA 22314-5798

AMANDA JOHNSON
Plaintiff

CASE NUMBER 1:24v-cv-00396-CHM-WEF

NAVY FEDERAL CREDIT UNION
Defendant

## "THE HONORABLE CLAUD M. HILTON"

### MOTION TO PRODUCE DOCUMENTS

The plaintiff is seeking to file this document for the second time in this Litigation. It was returned back to the plaintiff because of my error. Therefore, the return instruction said "this cannot be issued w/o permission from the Judge. I strongly seeks permission from the judge including plaintiff be notified. Please don't hesitate if there is something plaintiff should address. Again, please don't hesitate if there is anything else to do.

*Amanda Johnson*

AMANDA JOHNSON

208 PECAN DR.

BREWTON, ALABAMA 36426

251 321 8368