Q. Johnson
208. Pecan Dr
Brewton Al 36426

Personal
Badge
Hilton

CV6

MONTGOMERY AL 360
17 DEC 2024 PM 4 L

DEC 2 3 2024

US MARSHALS SERVICE

Clerk U.S District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314-5798

22314-579899