December 14th, 2024,



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICTOFVIRGINIA
401 COURTHOUSE SQU ARE
ALEXANDRIA, VIRGINIA 22314-5798

AMANDA JOHNSON
   Plaintiff

CASE NUMBER 1:24v-cv-00396-CHM-WEF

NAVY FEDERAL CREDIT UNION
   Defendant

"THE HONORABLE CLAUD M. HILTON"

MOTION FOR TRAVEL EXPENSES

Plaintiff is motioning the Court for expenditure of money, time, care giver, hotel, food, and other resources incur while away from home. Therefore, plaintiff needs $2,500 from the defendant prior to the January 17, 2025, hearing.

*Amanda Johnson* (signature)

AMANDA JOHNSON

208 Pecan Dr.

Brewton, Alabama 36426

CERTIFICATE OF SERVICE

I hereby certify on the 14 day of December 2024 I mailed the foregoing to

Micah E. Ticatch

ISLER DARE P.C,

1945 Old Gallows Road Suite 650

Vienna Virginia 22182