A. Johnson
208 Ocean Dr
Brewton, AL 36426

cva

Clerk, U.S. District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314-5798

USMARSHALSERVICE

DEC 27 2024

DEC 27 2024