FILED
MAILROOM

DEC 27 2024

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

December 14th, 2024,

**CLERK, U.S. DISTRICT COURT**
**EASTERN DISTRICTOFVIRGINIA**
**401 COURTHOUSE SQU ARE**
**ALEXANDRIA, VIRGINIA 22314-5798**

AMANDA JOHNSON
   Plaintiff

                        CASE NUMBER 1:24v-cv-00396-CHM-WEF

NAVY FEDERAL CREDIT UNION
   Defendant

**"THE HONORABLE CLAUD M. HILTON"**

**TORT**

This motion has to do with two wrongful acts performed by the defendant. Against the plaintiffs who have suffered from unfairness, discrimination, infringement, and malpractice.

2. The wrongful act was an infringement of plaintiff's rights. Leading to civil legal liability. The plaintiff filed two or three motions for summons evidence to support her ligation. The plaintiff was ostracized, persecuted, designated and excluded from receiving the summons. The bullying and harassment evidence

was directly issued to Navy Federal Credit Union attorney. Do their attorney personal biases or of desire to exert control.

According to the information that plaintiff received from the clerk the opposing attorney received the information about 4 to 5 weeks ago. This outright abuse has deliberately destroyed, damaged and sabotaged the plaintiff litigation. Plaintiff voluntary summons event has assisted Micah E. Ticatch in his corrupt unreliable evidence.

Ticatch is an unscrupulous person who used plaintiff summon to benefit him. To correct his fraudulent crackpot ideas and statement. Ticatch has not being ordered to answer plaintiff interrogatories questions submitted October 25th, 2024. Ticatch has miserably led the plaintiff to a state of distress. With mean untrue statement. That plaintiff "daily payment of less than one dollar where is the proof along with the other questions. The plaintiff has not received an answer to any other questions.

    Ticatch has committed torturous interference unwelcome conduct of

        harassment. Tortious interference is a common law tort allowing a claim

        for damages against a defendant. Ticatch acted with the knowledge of

no daily payment of less than one dollar. Ticatch interference must be wrongful or improper.

Plaintiff initiated a friendly phone call to the clerk office yesterday on December 10, 2024, that was the information day the hammer drop on plaintiff head regarding the status of the summons.

## **FACTS REGARDING SUMMON**

## COPIES AND STATEMENTS NOT RECEIVED

1.The summons were issued August 27th, 2024.

2. Thet plaintiff did not have the knowledge, or conscious, that the summons had been returned September 9-4-2024 executed.

3. The defendant attorney filed a virulent harmful motion against the plaintiff. Asserting deceitful, fictitious, and unreal cheat statement as the following. "At the time of the payoff, plaintiff's loan had become slightly under-collateralized." Therefore, Plaintiffs summoned the entire payment records from Navy Federal Credit to acquire hidden knowledge. It has not been shared or provided. Plaintiff personally made the request for the evidence but plaintiff got denied for the evidence.

4. Specify billing dates to explain or describe your monthly payment clearly and exactly.

5. Does Navy Federal Credit Union suggest members consult with the credit union prior to making a payment.

6. On what occasion was the plaintiff's bill less than one dollar? Including dates

**TICATCH MALFEASANCE INTENTIONAL WRONGDOING**

7. What procedure was used to notify plaintiff that her share pledge loan had become slightly under-collateralized?

Navy Federal wrote and said and submitted to {cfpb}  Consumer Financial Protection Bureau.  On June 10, 2022, the following unlawfully theft admit to Navy Federal communicated during routine review of Ms. Johnson account, it was identified that our system was not adjusting the hold in her saving account to the correct amount remaining on the loan due to her daily payments of less than one dollar. The plaintiff paid since March 8th, 2016, for payment protection plan for the shared secured loan. Provide copy of plan and all eligible benefit, Navy Federal liability and duties. Plaintiff has been wounded, because

of plaintiff particular as race, sex, government map of redlining of discrimination and denied access to public accommodations.

8. The plaintiff apply for an increase of $40,000 for the platinum card. Approved yes, or no.  Was not provided any appeal rights.

9. Plaintiff has suffered with egregious abuse and with outrageous racial discrimination.

Because of her protected characteristic, disability, race, female, from federal district court. The clerk refused to allow plaintiff and her niece to file a complaint in the federal court and cited statutes to enforce her denial. Significantly, to our protected characteristic because access was deprived for us to file.

10. Was counsel deprived of summons that plaintiff motion for. Did defendant receive the evidence plaintiff motion for yes or no.

11.When the loan was paid off did the defendant inform plaintiff her loan had become slightly under-collateralized?

 If so, provide proof?

12. The white group of vigilantes employed by Navy Federal cause plaintiff some unnecessary pain medication. Each time plaintiff call to make a payment they would be consumed with hate and indignity.

Sincerely,

*Amanda Johnson* (signature)

Amanda Johnson

208 Pecan Dr.
Brewton, Alabama 36426

CERTIFICATE OF SERVICE

I hereby certify on the 14th day of December 2024 I mailed the foregoing to
Micah E. Ticatch
Isler Dare
1945 Old Gallows Road Suite 650
Vienna, Virginia 22182