A. Johnson
208. Ocean Dr
Brewton, AL 36426

cva

Clerk, U.S. District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314-5798