UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMANDA JOHNSON, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 1:24cv396 (CMH/WEF) |
| NAVY FEDERAL CREDIT UNION | ) |
| *Defendant*. | ) |

**ORDER**

This matter is before the Court on Plaintiff Amanda Johnson's Motion to Produce Documents (Dkt. 34).

Plaintiff states that she is "seeking to file this document for the second time in this Litigation. It was returned back to the plaintiff because of my error. Therefore, the return instruction said 'this cannot be issued w/o permission from the Judge.[']" (Dkt. 34).

Construing Plaintiff's current Motion as a second Motion for the issuance of subpoenas for documents from Navy Federal Credit Union (*see* Dkt. 17), the undersigned takes notice that the District Judge has not yet entered a scheduling order that would authorize discovery in this matter. The undersigned previously denied Plaintiff's first Motion for Subpoenas (Dkt. 17) for the same reason. (Dkt. 20).

Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion (Dkt. 34) is **DENIED** without prejudice. Plaintiff is again advised that she may seek the issuance of subpoenas once discovery begins.

**ENTERED** this 8th day of January, 2025.

                                                   /s/ William E. Fitzpatrick
                                                   WILLIAM E. FITZPATRICK
                                                 UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia