IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| AMANDA JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:24-cv-00396-CMH-WEF |
| NAVY FEDERAL CREDIT UNION, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXPENSES**

Plaintiff filed a "Motion for Travel Expenses" (Dkt. 35) seeking an award of $2,500 from Defendant. As best as can be discerned, Plaintiff is claiming that she will incur $2,500 in expenses in order to attend the hearing scheduled for January 17, 2025. Plaintiff provided no specific details on these expenses or calculations.

Plaintiff voluntarily initiated this action, *pro se*, in Virginia, and thus voluntarily undertook the financial obligation to travel into the district in order to litigate her case. Furthermore, the January 17, 2025 hearing on Defendant's Second Motion to Dismiss is, in large part, a direct consequence of Plaintiff's decision to seek leave to amend her original Complaint in the middle of the October 25, 2024 hearing on Defendant's initial Motion to Dismiss.

More importantly, Plaintiff's Motion, which consists of only two sentences, contains no citation to any rule, statute, or other authority under which she would be entitled to an award of her expenses in advance of a hearing. No such authority exists. Consequently, her Motion must be denied.

Dated: January 10, 2025                                            Respectfully submitted,

                                                             /s/ Micah E. Ticatch
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
eisler@islerdare.com
mticatch@islerdare.com
*Counsel for Defendant*
*Navy Federal Credit Union*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January 2025 I served the foregoing by first class mail upon the following:

>
> Amanda Johnson
> 208 Pecan Drive
> Brewton, AL 36126
> Escambia59@gmail.com
> *Pro se Plaintiff*

>
> /s/ Micah E. Ticatch
> Micah E. Ticatch, Va. Bar No. 83351
> ISLER DARE, P.C.
> 1945 Old Gallows Road, Suite 650
> Vienna, Virginia 22182
> (703) 748-2690
> (703) 748-2695 (fax)
> mticatch@islerdare.com
>
> *Counsel for Defendant*