JANUARY 30th, 2025

AMANDA JOHNSON
   Plaintiff



CASE NUMBER 1:24v-cv-00396-CHM-WEF

NAVY FEDERAL CREDIT UNION
   Defendant

My complaint was dismissed on January 27, 2025; therefore, the plaintiff Amanda Johnson is filing an appeal.

*Amanda Johnson* (signature)