R. Johnson
208 Pecan Dr
Brewton AL 36426

CV6

U.S. District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria Virginia 22314-5798