FILED: February 6, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-1115
(1:24-cv-00396-CMH-WEF)

_____

AMANDA JOHNSON

      Plaintiff - Appellant

v.

NAVY FEDERAL CREDIT UNION

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:24-cv-00396-CMH-WEF |
| Date notice of appeal filed in originating court: | 02/04/2025 |
| Appellant(s) | Amanda Johnson |
| Appellate Case Number | 25-1115 |
| Case Manager | Ganna M. Aboutabl<br>804-916-2702 |