# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 26, 2025

_____

### RECORD FOLLOW-UP/CORRECTION NOTICE
_____

No.   25-1115,        <u>Amanda Johnson v. Navy Federal Credit Union</u>
                      1:24-cv-00396-CMH-WEF

TO:   Fernando Galindo

[ x ] The record that was previously requested has not yet been transmitted. Please transmit the record promptly.

For appeals in criminal cases, the presentence report and statement of reasons are required. Any highly sensitive documents must be sent to our court in paper form in a sealed envelope marked **HIGHLY SENSITIVE DOCUMENT**. Mark the envelope as **(original)** if it contains an original document which must be returned. Mark the envelope as **(copy)** if the document does not need to be returned.

If there is anything that will delay transmission of the record, please notify me.

Ganna M. Aboutabl, Deputy Clerk
804-916-2702